FILED
CLERK, U.S. DISTRICT COURT
05/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

v.

ORTEGA-CRUZ, LUIS

DEFENDANT(S).

CASE NUMBER 8:26-mj-00332-DUTY
1:19-cr-00242-LJO-SKO-3

## DECLARATION RE OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: Indictment
in the EASTERN District of CALIFORNIA on 11/14/2019
at ______ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title ______ U.S.C., Section(s) ______
to wit: 2t:846=CD.F 21:846, 841 (a)(j)- Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine (1) 21

A warrant for defendant's arrest was issued by: MARTIN-GILL, FRESNO, CA

Bond of $ 0 was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/18/26
Date

Andrew Nguyen
Signature of Agent

ANDREW NGUYEN
Print Name of Agent

US MARSHAL SERVICE
Agency

DEPUTY US MARSHAL
Title